JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA CORONADO, | Case No. SACV 18-81 JVS(JC) |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: February 5, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2